# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 06-1757

In re: Johnny F. Harris,

-------------------------------------

Johnny F. Harris,

    Appellant,

v.

The Boyd G. Montgomery
Testamentary Trust,

    Appellee.

Appeal from the United States
Bankruptcy Appellate Panel
for the Eighth Circuit.

[UNPUBLISHED]

FILED
U.S. BANKRUPTCY COURT
EST & WST DISTS. OF ARK.

JUL -3 2007

By: JEAN ROLFS, CLERK
              DEP. CLERK

Submitted: June 28, 2007
Filed: July 3, 2007

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

PER CURIAM.

    Johnny F. Harris appeals from a decision of the Bankruptcy Appellate Panel (BAP), affirming the bankruptcy court's[1] order granting The Boyd G. Montgomery Trust (Trust) relief from the automatic stay. For reversal, Harris argues that he was

---

[1]The Honorable Audrey R. Evans, Chief Judge, United States Bankruptcy Court for the Eastern District of Arkansas.

not properly notified of the bankruptcy court's hearing on the Trust's motion, that the Trust violated the automatic stay, and that the bankruptcy court's actions violated his constitutional rights.

We apply the same review standards as the BAP, reviewing the bankruptcy court's factual findings for clear error and its legal conclusions de novo. See In re Vote, 276 F.3d 1024, 1026 (8th Cir. 2002). Upon careful review, we agree with the BAP's thorough and well reasoned opinion disposing of all of Harris's arguments. Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————